UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-21554-CIV-MORENO

WENDY DIAZ,

    Plaintiff,

vs.

STELLAR RECOVERY, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the Plaintiff's Notice of Voluntary Dismissal **(D.E. No. 4)**, filed on **July 10, 2014**.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is ADJUDGED that the case is DISMISSED. The Clerk of Court for the Southern District of Florida shall close this case.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of July, 2014.

                                            FEDERICO A. MORENO
                                            UNITED STATES DISTRICT JUDGE

Copies provided:

Counsel of Record